ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2011 DEC 14  PM 2: 42

CLERK OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. |
| DANIEL PATRICK MOORE (1) | § | |
| a/k/a "Danny" | § | 4-11CR-198-A |
| JAMES PAUL POPE (2) | § | |
| a/k/a "Pokey" | § | |
| MORGAN CLIFFORD WOOD (3) | § | |
| a/k/a "Roca Mick" | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Possess with Intent to
Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)))

Beginning on or about June 22, 2007, and continuing until on or about September

19, 2011, in the Northern District of Texas and elsewhere, defendants **Daniel Patrick**

**Moore**, also known as Danny, **James Paul Pope**, also known as Pokey, and **Morgan**

**Clifford Wood**, also known as Roca Mick, did knowingly and intentionally combine,

conspire, confederate and agree together and with each other, and with other persons

known and unknown, to possess with intent to distribute a mixture or substance

containing methamphetamine, a schedule II controlled substance, in violation of 21

U.S.C. §§ 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

Indictment - Page 1

Forfeiture Notice
[21 U.S.C. § 853(a)]

Upon conviction for the offense alleged in Count One of this Indictment and

pursuant to 21 U.S.C. § 853(a), the defendants, **Daniel Patrick Moore**, **James Paul**

**Pope,** and **Morgan Clifford Wood**, shall forfeit to the United States of America all

property, real or personal, constituting or derived from proceeds obtained, directly or

indirectly, as a result of the offense; and any property, real or personal, used or intended

to be used in any manner or part to commit or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to, the following:

  a.   2002 Owner Built Motorcycle, VIN 4B7H8469XBS021303 as to **Moore**;

  b.   2006 Owner-Built Motorcycle, VIN EF1TXS1GDCBEE1339 as to **Moore**;

  c.   $3,148.00 in U.S. currency seized on September 27, 2011 as to **Moore**.

A TRUE BILL.

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

JOSHUA T. BURGESS
Assistant United States Attorney
Texas State Bar No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

DANIEL PATRICK MOORE (1)
JAMES PAUL POPE (2)
MORGAN CLIFFORD WOOD (3)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
Conspiracy to Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 853(a)
Forfeiture

A true bill rendered:

FORT WORTH                                              FOREPERSON

Filed in open court this 14th day of December, A.D. 2011.

Custody status:  Defendants Daniel Patrick Moore and James Paul Pope  in federal
custody; Defendant Morgan Clifford Wood on pretrial release.

UNITED STATES MAGISTRATE JUDGE
(4:11-MJ-334 Complaint)

# ORIGINAL

**4-11 CR-198-A**

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ |
| Rule 20 from District of: _____ |
| Magistrate Case Number:    4:11-MJ-334 |

1.   **Defendant Information**

   Juvenile:    ☐ Yes ☒ No

   Sealed:    ☐ Yes ☒ No

   Defendant Name
   **DANIEL PATRICK MOORE (01)**
   Alias Name: **Danny**
   Address

2.   **U.S. Attorney Information**
   AUSA    Joshua T. Burgess                    Bar # 24001809

3.   **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4.   **Location Status**

   Arrest Date: September 27, 2011

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Summons to Issue

5.   **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty   ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)) | Conspiracy to Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Notice | |

Date  12-17-11          Signature of AUSA: _____

ORIGINAL                        4-11CR-198-A

*Criminal Case Cover Sheet*

| **UNITED STATES DISTRICT COURT** **NORTHERN DISTRICT OF TEXAS** | **Related Case Information** |

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No

New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No

Search Warrant Case Number: _____

Rule 20 from District of: _____

Magistrate Case Number: ___4:11-MJ-334___

1. **Defendant Information**

   Juvenile:    ☐ Yes  ☒ No

   Sealed:      ☐ Yes  ☒ No

   Defendant Name
   **JAMES PAUL POPE (02)**
   Alias Name: **Pokey**
   Address

2. **U.S. Attorney Information**
   AUSA   <u>Joshua T. Burgess</u>                    Bar # <u>24001809</u>

3. **Interpreter**
   ☐ Yes  ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: September 27, 2011

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Summons to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  1  ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | <u>Citation</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
   |---|---|---|
   | 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)) | Conspiracy to Possess with Intent to Distribute a Controlled Substance | 1 |
   | 21 U.S.C. § 853(a) | Forfeiture Notice | |

Date ___12-14-11___                    Signature of AUSA: _____

4-11 CR-198-A

ORIGINAL

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: _____ |
| Rule 20 from District of: _____ |
| Magistrate Case Number:  __4:11-MJ-334__ |

1.    **Defendant Information**

Juvenile:    ☐ Yes    ☒ No

Sealed:    ☐ Yes    ☒ No

Defendant Name
**MORGAN CLIFFORD WOOD (03)**
Alias Name: **Roca Mick**
Address

2.    **U.S. Attorney Information**
AUSA    Joshua T. Burgess                    Bar # 24001809

3.    **Interpreter**
☐ Yes    ☒  No
If Yes, list language and/or dialect: _____

4.    **Location Status**

Arrest Date: September 27, 2011

☐ Federal Inmate
☐ Already in State Custody
☒ On Pretrial Release
☐ Summons to Issue

5.    **U.S.C. Citations**

Total # of Counts as to This Defendant:    1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)) | Conspiracy to Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Notice | |

Date __12-17-11__                    Signature of AUSA: _____